IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, | ) |
| | ) |
|    *Plaintiff*, | ) |
| | ) No. 1:23-cv-00068 |
| v. | ) |
| | ) District Judge Campbell |
| ALEJANDRO MAYORKAS, in his official | ) Magistrate Judge Holmes |
| capacity as Secretary of Homeland Security, | ) |
| *et al.*, | ) |
| | ) |
|    *Defendants*. | ) |

**STIPULATION OF DISMISSAL**

Plaintiff State of Tennessee initiated this action to compel disclosure of records it had sought via Freedom of Information Act ("FOIA") requests submitted to U.S. Immigration and Customs Enforcement. Plaintiff sought records related to federal authorities' immigration-related activities in Tennessee, as described in the FOIA requests attached to Plaintiff's Complaint. The parties have now fully resolved all claims asserted in this matter. Defendants have produced—subject to withholdings under 5 U.S.C. § 552(b)—357 pages of records and one Excel spreadsheet in their possession responsive to one or more of Tennessee's FOIA requests. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate and agree to dismiss this action with prejudice, with each party to bear its own attorney's fees and expenses.

Dated: September 26, 2024.	Respectfully submitted,

JONATHAN SKRMETTI,
Attorney General and Reporter

*/s/ Steven J. Griffin*
STEVEN J. GRIFFIN (BPR# 40708)
Senior Counsel for Strategic Litigation
WHITNEY D. HERMANDORFER
(BPR# 041054)
Director of Strategic Litigation Unit
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-9598
steven.griffin@ag.tn.gov
whitney.hermandorfer@ag.tn.gov

*Counsel for Plaintiff*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ *Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
Senior Trial Counsel
U.S. Department of Justice,
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0878
Facsimile: (202) 616-8460
E-mail: Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically on September 26, 2024, with the Clerk of Court using the Court's CM/ECF system, which sent notice of filing to the following counsel of record:

>Bradley P. Humphreys
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>1100 L Street, NW
>Washington, D.C. 20005
>Bradley.Humphreys@usdoj.gov

>*/s/ Steven J. Griffin*
>STEVEN J. GRIFFIN