# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, | ) |
|    Plaintiff, | ) |
| v. | ) NO. 1:23-cv-00068 |
| ALEJANDRO MAYORKAS, *in his official capacity as Secretary of Homeland Security, et al.*, | ) JUDGE CAMPBELL<br>) MAGISTRATE JUDGE HOLMES |
|    Defendants. | ) |

## ORDER

The parties have jointly filed a Stipulation of Dismissal (Doc. No. 40) stating that they have resolved all claims asserted in this matter and that they stipulate to dismiss this action, with prejudice, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, pursuant to the parties' joint stipulation, this action is hereby **DISMISSED** with prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE